IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| OLIVER TOLBERT, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:18-cv-02883-L |
| | § | |
| v. | § | |
| | § | |
| GC SERVICES LP, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: March 14, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Charles J Crawford, Esq.
Emily Margaret Hahn, Esq.
Abernathy Roeder Boyd & Hullett, P.C.
1700 Redbud Boulevard
Suite 300
McKinney, TX 75070-1210
Email: ccrawford@abernathy-law.com
Email: ehahn@abernathy-law.com

Meredith W Wolfe, Esq.
The Rudnicki Firm
6305 Waterford Boulevard, Suite 325
Oklahoma City, OK 73118
Email: meredith@rudnickifirm.com
Attorneys for Defendant

Dated: March 14, 2019               By: /s/ Amy L. Bennecoff Ginsburg
                                    Amy L. Bennecoff Ginsburg, Esq.
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Avenue
                                    Ambler, PA 19002
                                    Tel: 215-540-8888
                                    Fax: 215-540-8817
                                    aginsburg@creditlaw.com