# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **OLIVER TOLBERT,** | § |
| | § |
| **Plaintiff,** | §   Civil Action No. 3:18-cv-02883-L |
| | § |
| **v.** | § |
| | § |
| **GC SERVICES LP,** | § |
| | § |
| **Defendant.** | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Oliver Tolbert, and Defendant, GC Services, L.P.,, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Amy L. Bennecoff Ginsburg | /s/  Meredith W Wolfe |
| Amy L. Bennecoff Ginsburg | Meredith W Wolfe, Esq. |
| Kimmel & Silverman, P.C. | The Rudnicki Firm |
| 30 East Butler Pike | 6305 Waterford Boulevard, Suite 325 |
| Ambler, PA 19002 | Oklahoma City, OK 73118 |
| Telephone: (215) 540-8888 | Telephone: (405) 342-4997 |
| E-mail: aginsburg@creditlaw.com | Email: meredith@rudnickifirm.com |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Oliver Tolbert* | *GC Services, L.P.* |

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Charles J Crawford, Esq.
Emily Margaret Hahn, Esq.
Abernathy Roeder Boyd & Hullett, P.C.
1700 Redbud Boulevard
Suite 300
McKinney, TX 75070-1210
Email: ccrawford@abernathy-law.com
Email: ehahn@abernathy-law.com

Meredith W Wolfe, Esq.
The Rudnicki Firm
6305 Waterford Boulevard, Suite 325
Oklahoma City, OK 73118
Email: meredith@rudnickifirm.com
Attorneys for Defendant


Dated: April 16, 2019           By: /s/ Amy L. Bennecoff Ginsburg
                                    Amy L. Bennecoff Ginsburg, Esq.
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Avenue
                                    Ambler, PA 19002
                                    Tel: 215-540-8888
                                    Fax: 215-540-8817
                                    aginsburg@creditlaw.com